# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARK KORNISH, | ) Case No.: CV-09-5016-EFS |
| Plaintiff, | ) **AGREED** |
| vs. | ) **ORDER OF DISMISSAL WITH** |
| | ) **PREJUDICE** |
| WASHINGTON CLOSURE HANFORD LLC, | ) |
| Defendant. | ) |

The above-entitled Court, having reviewed the Stipulation to Agreed Order of Dismissal of the parties filed on June 2, 2009, hereby

**ORDERS** that the claims in the above-captioned action be dismissed in their entirety with prejudice and without costs or attorney's fees to any party. This file shall be closed.

DATED this 16th day of June, 2009.

_____s/ Edward F. Shea_____
EDWARD F. SHEA
United States District Judge

**AGREED ORDER OF DISM. - 1 -**